CLEAR FORM

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

STEPHANIE A. MYKONOS,
PRO SE

PLAINTIFF

4401-A CT AVE NW #275

Address (No Post Office Boxes)

WASHINGTON DC 20008

City    State    Zip Code

Case: 1:23-cv-03569    JURY DEMAND
Assigned To : Unassigned
Assign. Date : 11/30/2023
Description: Pro se. Gen. Civ. (F-Deck)

VS.

AXINN, VELTROP & HARKRIDER
LLP, et al

DEFENDANT

114 W. 47TH ST

Address (No Post Office Boxes)

NEW YORK, NY 10036

City    State    Zip Code

CIVIL ACTION NO. _____

Jury Trial: [✓] Yes    [ ] No

COMPLAINT - NOTICE OF REMOVAL

NOTICE OF REMOVAL, PER DC SUPERIOR COURT'S
10-26-23 "NOTICE OF REMOVAL PROCESS &
FORWARD TO USDC" TO USDC-DC. FROM CA#
2022-CAB-005233  TO  USDC-DC: 9/10-2622

**RECEIVED**
NOV 30 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Signature: [signed] Stephanie C. Myk...

STEPHANIE A. MYKONOS, PRO SE
Name (if applicable, Prisoner ID No.)
4401-A CT AVE NW #275
Address/Facility Address
WASHINGTON DC 20008
City    State    Zip Code

Rev: 01/10/2023
*Use additional pages as needed